PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1743
_____

CHARLES MCNAIR; THEODORE AUSTIN; DANIELLE
DEMETRIOU;
USHMA DESAI; JULIE DYNKO,

Appellants,

v.

SYNAPSE GROUP INC.

Appellee.
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 06-cv-5072)
District Judge:  Hon. Jose L. Linares
_____

Argued
January 10, 2012

Before:   FUENTES, JORDAN, and NYGAARD, *Circuit
Judges*.

(Filed March 6, 2012)

_____

Paul Diamond
1605 John Street - #102
Fort Lee, NJ  07024

Gary S. Graifman   [ARGUED]
Kantrowitz, Goldhamer & Graifman
747 Chestnut Ridge Road - #200
Chestnut Ridge, NY  10977
Michael S. Green
Green & Associates
522 Route 18 - #5
P.O. Box 428
East Brunswick, NJ  08816
        *Counsel for Appellants*

Geoffrey W. Castello, III
Lauri A. Mazzuchetti
Vincent P. Rao, II
Kelley, Drye & Warren
200 Kimball Drive
Parsippany, NJ   07054

Thomas E. Gilbertsen   [ARGUED]
Venable
575 7th Street, N.W.
Washington, DC   20004
        *Counsel for Appellee*

_____

2

ORDER AMENDING OPINION

_____

JORDAN, *Circuit Judge*.

IT IS NOW ORDERED that the above-captioned opinion be amended as follows:

At the bottom of page 2, "Veneble" shall be deleted and replaced with "Venable".


/s/   Kent A. Jordan
Circuit Judge

Dated:       March 9, 2012
SLC/cc:      Geoffrey W. Castello, III
             Thomas E. Gilbersten
             Gary S. Graifman
             Lauri A. Mazzuchetti

3